ACCEPTED
12-14-00049-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
3/27/2015 2:12:55 PM
CATHY LUSK
CLERK

# Wade A. Forsman

**ATTORNEY AND COUNSELOR AT LAW**
**Board Certified Labor and Employment Law, Texas Board of Legal Specialization**

P.O. Box 918
Sulphur Springs, TX 75483-0918
903.689.7001 Facsimile
**wade@forsmanlaw.com**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

3/27/2015 2:12:55 PM

CATHY S. LUSK
Clerk

Dallas -- Fort Worth                                          East Texas – Sulphur Springs
972.499.4004                                                              903.689.4144

March 27, 2015

Twelfth Court of Appeals
ATTN: Clerk
1517 West Front Street, No. 354
Tyler, TX 75702

Re:   Appeal No. 12-14-00049-CR; *Walter Fent Garner, Jr. v. The State of Texas*

Sir/Madame:

I certify that I have complied with Tex. R. App. P. 48.4 in the above-referenced matter as follows.

I received both this court's *Judgment* and the *Memorandum Opinion,* which the court decided on March 18, 2015, on my email after business hours on that say day. I forwarded these documents to my client in a certified letter later on the following day, *i.e.,* March 19, 2015.

In that same letter I notified Mr. Garner, among other things, of his right to file a *pro se* petition for discretionary review under Tex. R. App. P. 68. I sent this letter via certified mail, return receipt requested, to Mr. Garner's last known address, which is TDJC, CT Terrell Unit, 1300 FM 655, Rosharon, Texas 77583. Attached is the "green card" showing that my client received the letter on March 23, 2015.

Respectfully submitted,

*/s/ Wade A. Forsman*

Wade A. Forsman

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _A. Reese_

☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

3/20/15

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

C.T. Terrell Unit
ATTN: Walter Feat Garner, Jr.
1300 FM 655
Rosharon, TX
77583

3. Service Type
☐ Certified Mail®    ☐ Priority Mail Express™
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7011 1570 0000 390

PS Form 3811, July 2013    Domestic Return Receipt


First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Wade A. Forsman
P.O. Box 918
Sulphur Springs, TX
75483-0918